IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**METROPOLITAN PROPERTY &**                                          **PLAINTIFF**
**CASUALTY INSURANCE COMPANY**

v.                  **CASE NO. 4:12CV00223 BSM**

**GERRY CALVIN AND**
**GARRISHA CALVIN**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 20th day of February 2014.

                                                     /s/ Brian S. Miller
                                        UNITED STATES DISTRICT JUDGE