**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**METROPOLITAN PROPERTY &**                                        **PLAINTIFF
CASUALTY INSURANCE COMPANY**

**v.**                    **CASE NO. 4:12CV00223 BSM**

**GERRY CALVIN AND
GARRISHA CALVIN**                                     **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 20th day of February 2014.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE